UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZEPPELIN SYSTEMS USA, INC.,

    Plaintiff,

v.

PYROLYX USA INDIANA, LLC,

    Defendant.

Case No. 1:19-cv-11222

**ORDER GRANTING *PRO HAC VICE* ADMISSION ON WRITTEN MOTION**

The motion of Bret C. Marfut for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is member in good standing of the bar of the District of Columbia and State of Virginia, and that his contact information is as follows:

Bret C. Marfut
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, D.C. 20004
Phone: (202) 463-2400
Fax: (202) 828-5393
bmarfut@seyfarth.com



Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Zeppelin Systems USA, Inc. ("Plaintiff") in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
HON. COLLEEN McMAHON, U.S.D.J.

1/23/2020

60835716v.1