UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Zeppelin Systems USA, Inc.,

             Plaintiff,                             19  Civ.  11222 (CM)

     -against-

                                    NOTICE

Pyrolyx USA Indiana, LLC,
          Defendant.
------------------------------------------------------X

Is there a stay in the bankruptcy proceedings that extends to all defendants?


Dated: January 11, 2021
       New York, New York


                                  _____
                                  Colleen McMahon, Chief U.S.D.J