UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Zeppelin Systems USA, Inc.,

      Plaintiff(s),

  -v-

Pyrolyx USA Indiana, LLC,
      Defendant(s).

-------------------------------------------------------------- X

19-CV-11222 (CM)

ORDER

COLLEEN McMAHON, United States District Judge:

  The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

  Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute. If the case settled please notify the court or submit a stipulation of dismissal.

Dated: September 28, 2023

            SO ORDERED:

            *[signature]*

            United States District Judge

BY ECF TO ALL PARTIES